NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN DURAIL HAYES,          )
                              )
        Appellant,            )
                              )
v.                            )          Case No.  2D17-110
                              )
STATE OF FLORIDA,             )
                              )
        Appellee.             )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.



SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.